UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND, et al.,

    Plaintiff,

v.                                                                                            Case No. 6:13-mc-0020-27TBS

EXCELTECH COATING & APPLICATIONS,
LLC,

    Defendant.
_____/

ORDER

This case comes before the Court on Garnishee Fifth Third Bank's Answer to Writ of Garnishment, Demand for Garnishment Deposit and Notice of Designation of Electronic Mail Addresses.  (Doc. 7).  Plaintiff caused a writ of garnishment to be served on Garnishee and Garnishee has answered, stating that it is retaining $10,486.92 in accordance with Chapter 77, Florida Statutes.  (Id.)  Defendant has answered the writ, stating that it does not contest the garnishment.  (Doc. 8).  Garnishee requests the Court to determine its costs and expenses, including attorney's fees in the amount of $100; direct payment of the $100 garnishment deposit to its lawyers, Broad & Cassel; and tax such costs against the Defendant.  (Id.)  Upon due consideration, the motion is GRANTED.  The Clerk of Court shall pay the $100 garnishment deposit to Broad & Cassel.

    IT IS SO ORDERED.

DONE AND ORDERED in Chambers at Orlando, Florida on April 29, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel of Record